# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES,

    Plaintiff,

vs.

MICHAEL PAUL MATULICH,

    Defendants.

Case No. 2:11-cr-00327-PMP-CWH

**ORDER**

This matter is before the Court on Defendant Michael Paul Matulich's Motion for Release on Personal Recognizance or Bail (#43), filed February 7, 2012. Defendant did not file this motion through his appointed counsel. Pursuant to LR IA 10-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case." Accordingly,

**IT IS HEREBY ORDERED** that Defendant Michael Paul Matulich's Motion for Release on Personal Recognizance or Bail (#43) is **denied without prejudice**. Defendant must file any motion through his appointed counsel.

DATED this 13th day of February, 2012.

                        **C.W. Hoffman, Jr.**
                        **United States Magistrate Judge**