# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES, ) | |
| Plaintiff, ) | Case No. 2:11-cr-00327-PMP-CWH |
| vs. ) | **ORDER** |
| MICHAEL PAUL MATULICH, ) | |
| Defendants. ) | |

This matter is before the Court on Defendant Michael Paul Matulich's Motion for Release on Personal Recognizance or Bail (#45), filed March 14, 2012 and the Government's Response (#46), filed March 19, 2012.

As with Defendant's prior attempt to file the same motion, this motion was not filed through Defendant's appointed counsel. Pursuant to LR IA 10-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case." *See also* Order (#44). Accordingly,

**IT IS HEREBY ORDERED** that Defendant Michael Paul Matulich's Motion for Release on Personal Recognizance or Bail (#45) is **denied**. Defendant must file any motion through his appointed counsel.

DATED this 20th day of March, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**