|     |                                                    |
| --- | -------------------------------------------------- |
| 1   |                                                    |
| 2   |                                                    |

```
 1
 2
 3
 4
 5
 6                     UNITED STATES DISTRICT COURT
 7                           DISTRICT OF NEVADA
 8  UNITED STATES OF AMERICA,        )
                                     )
 9              Plaintiff,            )
                                     )
10       v.                           )    2:11-CR-327-PMP-(CWH)
                                     )
11  ANGEL SESTEAGA,                  )
                                     )
12              Defendant.            )
13                   PRELIMINARY ORDER OF FORFEITURE
```

14    This Court finds that on September 27, 2012, defendant ANGEL SESTEAGA pled guilty to
15 Counts One and Two of a Nine-Count Criminal Indictment charging him in Count One with
16 Conspiracy to Distribute a Controlled Substance in violation of Title 21, United States Code, Sections
17 841(a)(1) and 846; and in Count Two with Conspiracy to Unlawfully Deal in Firearms in violation
18 of Title 18, United States Code, Sections 922(a)(1) and 371. Criminal Indictment, ECF No. 1; Plea
19 Memorandum, ECF No. 83; Minutes of Change of Plea Proceedings, ECF No. 82.

20    This Court finds defendant ANGEL SESTEAGA agreed to the forfeiture of the property set
21 forth in the Forfeiture Allegations of the Criminal Indictment and the Plea Memorandum. Criminal
22 Indictment, ECF No. 1; Plea Memorandum, ECF No. 83.

23    This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of
24 America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the
25 Criminal Indictment and the Plea Agreement and the offense to which defendant ANGEL SESTEAGA
26 pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); Title 26, United States Code, Section 5872(a) and Title 28, United States Code, Section 2461(c):

(a) Maverick model 88, 12 gauge short-barreled shotgun, serial number MV04934G;

(b) Mossberg, model 500A, 12 gauge shotgun, serial number L244961;

(c) Intratec Model Tec-9, 9mm, serial number 23988;

(d) Russian SKS 7.62X39 rifle, with bayonet, serial number 9937905;

(e) Beretta, model 92FS Compact 9mm pistol, serial number E31982Z;

(f) a homemade Mac-11 type 9mm pistol;

(g) Keltic, CNC Industries, Inc. P11 pistol 9mm, serial number ASK60;

(h) any and all ammunition;

(i) an in personam criminal forfeiture money judgment of $900.00 in United States Currency; and

(j) an in personam criminal forfeiture money judgment of $300.00 in United States Currency ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ANGEL SESTEAGA in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __ 9th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on October 5, 2012 by the below identified method of service:

CM/ECF:

Michael Ryan Pandullo
700 S. Third Street
Las Vegas, NV 89101
micahel.pandullo@gmail.com
Counsel for Michael Paul Matulich

Krystallin D. Hernandez
Robert Langford & Associates
616 South 8th Street
Las Vegas, NV 89101
krystallin@robertlangford.com
Counsel for Bo Arden Ellison

James Hartsell
Law Offices of James Hartsell
720 S. 4th St. Suite 100
Las Vegas, NV 89101
james@hartselllaw.com
Counsel for Michael Clyde Duty

Richard F. Boulware
Federal Public Defender
411 E. Bonneville Suite 250
Las Vegas, NV 89101
Richard_Boulware@fd.org
Counsel for Angel Sesteaga

/s/Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal