# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-CR-327-PMP-(CWH) |
| BO ARDEN ELLISON, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE AS TO
DEFENDANT BO ARDEN ELLISON**

On July 5, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) forfeiting property of defendant BO ARDEN ELLISON to the United States of America. Superseding Criminal Information, ECF No. 65; Plea Memorandum, ECF No. 68; Change of Plea Minutes, ECF No. 70; Preliminary Order of Forfeiture, ECF No. 67.

. . .

. . .

. . .

. . .

1      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P
2 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture
3 (ECF No. 67) is final as to defendant BO ARDEN ELLISON.
4      DATED this ___ day of _____ 2013.

_____
UNITED STATES DISTRICT JUDGE