**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-CR-327-PMP-(CWH) |
| MICHAEL CLYDE DUTY, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE AS TO MICHAEL CLYDE DUTY**

On January 16, 2013, this Court entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant MICHAEL CLYDE DUTY to the United States of America. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 75; Plea Memorandum, ECF No. 76; Amended Preliminary Order of Forfeiture, ECF No.112.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) that the forfeiture of the property named in the Amended Preliminary Order of Forfeiture is final as to defendant MICHAEL CLYDE DUTY.

DATED this _ 26th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with a copy of the Final Order of Forfeiture as to Defendant Michael Clyde Duty on August 23, 2013, by the below identified method of service:

<u>CM/ECF:</u>

Michael Ryan Pandullo
700 South Third Street
Las Vegas, NV 89101
Michael.pandullo@gmail.com
Attorney for Michael Paul Matulich

Paola M. Armeni
Gordon & Silver, Ltd.
3960 Howard Hughes Pkwy 9th Fl.
Las Vegas, NV 89169
usdcnotices@gordonsilver.com
Attorney for Bo Arden Ellison

James Hartsell
Law Offices of James Hartsell
720 S. 4th St. Ste. 100
Las Vegas, NV 89101
james@harselllaw.com
Attorney for Michael Clyde Duty

Richard F. Boulware
Federal Public Defender
411 E. Bonneville
Las Vegas, NV 89101
Richard_Boulware@fd.org
Attorney for Angel Sesteaga

                                              <u>/s/ Ray Southwick</u>
                                              Ray Southwick
                                              Forfeiture Support Associates Paralegal